**Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000082
24-MAR-2011
08:31 AM**

CAAP-10-0000082

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IVY T. SCHURCH, Plaintiff-Appellant and Cross-Appellee,
v.
PAUL I. SCHURCH, Defendant-Appellee and Cross-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(FC-D NO. 08-1-0204)

ORDER APPROVING STIPULATION TO
DISMISS PLAINTIFF-APPELLANT'S APPEAL
(By: Ginoza, J. for the court)[1]

Upon consideration of the Stipulation to Dismiss Plaintiff-Appellant's Appeal filed March 18, 2011 and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation to Dismiss Plaintiff-Appellant's Appeal is approved, and Plaintiff-Appellant's appeal is dismissed with prejudice, each party to bear their own costs and fees related to that appeal.

The cross-appeal filed by Defendant-Appellee is not dismissed and remains pending.

DATED:  Honolulu, Hawaiʻi, March 24, 2011.

Associate Judge

---

[1]  Considered by: Nakamura, C.J., Foley and Ginoza, JJ.